

# Fourth Court of Appeals
## San Antonio, Texas

March 25, 2015

No. 04-14-00898-CV

**IN THE ESTATE OF RAMIRO AGUILAR, JR.,**

From the Probate Court No 2, Bexar County, Texas
Trial Court No. 2012-PC-2800
Honorable Gladys B. Burwell, Judge Presiding

# O R D E R

Appellant's unopposed first motion for extension of time to file brief is hereby GRANTED. Appellant's brief is due on or before May 16, 2015.

_____
Karen Angelini, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 25th day of March, 2015.

_____
Keith E. Hottle
Clerk of Court